United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-18991-elf
George R. Floyd, Jr.                                            Chapter 7
Cyndi S. Floyd
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia             Page 1 of 2           Date Rcvd: Aug 29, 2019
                              Form ID: pdf900            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db/jdb       +George R. Floyd, Jr.,   Cyndi S. Floyd,   3124 Marietta Avenue,   Lancaster, PA 17601-1222
12605918     +Allied Interstate Inc,   3000 Corporate Exchange Dr,   5th Floor,   Columbus, OH 43231-7689
12605919     +American Express,   American Express Special Research,   Po Box 981540,
               El Paso, TX 79998-1540
12605922    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
               Austin, TX 78708)
12605923     +Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
12605928     +PP & L,   2 NORTH 9TH STREET,   Allentown, PA 18101-1179
12605926     +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
12605931    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
               Frederick, MD 21701)
12605930      Wells Fargo Bank Nv Na,   Call 800-225-5935,   Choose account type in automated attenda,
               Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:17:55     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:51     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12605917     +E-mail/Text: EBNProcessing@afni.com Aug 30 2019 03:17:47     Afni,   Attention: Bankruptcy,
               Po Box 3247,   Bloomington, IL 61702-3247
12605920     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 30 2019 03:17:41     Asset Acceptance Llc,
               Attn: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
12605924     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2019 03:17:41     Midland Credit Mgmt In,
               8875 Aero Dr,   San Diego, CA 92123-2255
12605925     +E-mail/Text: nod.referrals@fedphe.com Aug 30 2019 03:17:11     PHELAN HALLINAN & SCHMIEG,
               1617 JFK BLVD, STE 1400,   Philadelphia, PA 19103-1814
12605927      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 03:30:55     Portfolio Rc,
               Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
12605929     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 30 2019 03:17:08
               Verizon,   Verizon Wireless Department/Attn: Bankru,   Po Box 3397,
               Bloomington, IL 61702-3397
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12605921       Bank Of America
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                    Date Rcvd: Aug 29, 2019
                              Form ID: pdf900             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Joint Debtor Cyndi S. Floyd avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor George R. Floyd, Jr. avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GEORGE R. FLOYD, JR., and CYNDI S. FLOYD, | : | BANKR. NO. 11-18991-ELF |
| | : | |
| Debtors. | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The United States trustee has filed **a Motion to Reopen Case** with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do all of the following:

(a)   file an answer explaining your position at:

U.S. Bankruptcy Court, Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)   mail a copy to the movant's attorney:

Dave P. Adams
Office of the U.S. trustee
200 Chestnut Street, Suite 502
Philadelphia, PA   19106
Telephone:   (215) 597-4411/Fax: (215) 923-1293

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **September 26, 2019, at 10:00 a.m. in Courtroom #1**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   August 27, 2019.