IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GEORGE R. FLOYD, JR., and CYNDI S. FLOYD, | : | BANKR. NO. 11-18991-ELF |
| | : | |
| Debtors. | : | |

## ORDER REOPENING CASE

AND NOW, this  27th   day of September, 2019, upon consideration of the Acting U.S. trustee's Motion to Reopen Case, and there being no response thereto, it is now, therefore,

**ORDERED** that the U. S. trustee's Motion is **GRANTED** and THIS CASE IS HEREBY **REOPENED** and the U. S. trustee is directed to appoint a trustee forthwith.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**