United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 11-18991-elf
George R. Floyd, Jr.                                          Chapter 7
Cyndi S. Floyd
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db/jdb      +George R. Floyd, Jr.,   Cyndi S. Floyd,   3124 Marietta Avenue,   Lancaster, PA 17601-1222
12605918    +Allied Interstate Inc,   3000 Corporate Exchange Dr,   5th Floor,   Columbus, OH 43231-7689
12605919    +American Express,   American Express Special Research,   Po Box 981540,
             El Paso, TX 79998-1540
12605922    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
             Austin, TX 78708)
12605923    +Hilco Receivables/Equable Ascent Financ,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
             Buffalo Grove, IL 60089-1970
12605928    +PP & L,   2 NORTH 9TH STREET,   Allentown, PA 18101-1179
12605926    +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
12605931    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
             Frederick, MD 21701)
12605930     Wells Fargo Bank Nv Na,   Call 800-225-5935,   Choose account type in automated attenda,
             Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Sep 28 2019 03:17:32     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 03:17:06
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2019 03:17:19     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12605917    +E-mail/Text: EBNProcessing@afni.com Sep 28 2019 03:17:16     Afni,   Attention: Bankruptcy,
             Po Box 3247,   Bloomington, IL 61702-3247
12605920    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 28 2019 03:17:10     Asset Acceptance Llc,
             Attn: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
12605922     E-mail/PDF: DellBKNotifications@resurgent.com Sep 28 2019 03:15:27     Dell Financial Services,
             Attn: Bankruptcy Dept.,   Po Box 81577,   Austin, TX 78708
12605924    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 03:17:11     Midland Credit Mgmt In,
             8875 Aero Dr,   San Diego, CA 92123-2255
12605925    +E-mail/Text: nod.referrals@fedphe.com Sep 28 2019 03:16:47     PHELAN HALLINAN & SCHMIEG,
             1617 JFK BLVD, STE 1400,   Philadelphia, PA 19103-1814
12605927     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:14:43     Portfolio Rc,
             Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
12605929    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 28 2019 03:16:16
             Verizon,   Verizon Wireless Department/Attn: Bankru,   Po Box 3397,
             Bloomington, IL 61702-3397
                                                                                   TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12605921        Bank Of America
                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Sep 27, 2019
                             Form ID: pdf900          Total Noticed: 18

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
    ALAINE V. GRBACH    on behalf of Joint Debtor Cyndi S. Floyd avgrbach@aol.com
    ALAINE V. GRBACH    on behalf of Debtor George R. Floyd, Jr. avgrbach@aol.com
    CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
    DAVE P. ADAMS    on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    MARIO J. HANYON    on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                           TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :          CHAPTER 7
                                                          :
GEORGE R. FLOYD, JR., and CYNDI S. FLOYD, :            BANKR. NO. 11-18991-ELF
                                                          :
                        Debtors.                         :

### ORDER REOPENING CASE

AND NOW, this __27th__ day of September, 2019, upon consideration of the Acting

U.S. trustee's Motion to Reopen Case, and there being no response thereto, it is now,

therefore,

**ORDERED** that the U. S. trustee's Motion is **GRANTED** and THIS CASE

IS HEREBY **REOPENED** and the U. S. trustee is directed to appoint a trustee forthwith.


_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**