UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   George Floyd                           BANKRUPTCY NO. 11-18991
         Cyndi Floyd
            DEBTOR                              CHAPTER 7

Praecipe to withdraw No Distribution Report

To the Clerk:

Kindly withdraw the No Distribution Report filed on 1/12/12.   The case has been reopened and designated as an Asset case.

Dated:  October 2, 2019                         /s/ Christine Shubert, Chapter 7 Trustee
                                                821 Wesley Avenue
                                                Ocean City, New Jersey   08226

                                                (609)-923-7184