United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-18991-elf
George R. Floyd, Jr.                                                Chapter 7
Cyndi S. Floyd
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Oct 03, 2019
                              Form ID: 139            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db/jdb         +George R. Floyd, Jr.,   Cyndi S. Floyd,   3124 Marietta Avenue,   Lancaster, PA 17601-1222
12605918       +Allied Interstate Inc,   3000 Corporate Exchange Dr,   5th Floor,   Columbus, OH 43231-7689
12605923       +Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
12605928       +PP & L,   2 NORTH 9TH STREET,   Allentown, PA 18101-1179
12605926       +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
12605930        Wells Fargo Bank Nv Na,   Call 800-225-5935,   Choose account type in automated attenda,
                 Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:50
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12605917       +EDI: AFNIRECOVERY.COM Oct 04 2019 07:03:00     Afni,   Attention: Bankruptcy,   Po Box 3247,
                 Bloomington, IL 61702-3247
12605919       +EDI: AMEREXPR.COM Oct 04 2019 07:03:00     American Express,
                 American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
12605920       +EDI: ACCE.COM Oct 04 2019 07:03:00     Asset Acceptance Llc,   Attn: Bankruptcy,   Po Box 2036,
                 Warren, MI 48090-2036
12605922        EDI: RCSDELL.COM Oct 04 2019 07:03:00     Dell Financial Services,   Attn: Bankruptcy Dept.,
                 Po Box 81577,   Austin, TX 78708
12605922        E-mail/PDF: DellBKNotifications@resurgent.com Oct 04 2019 03:06:10     Dell Financial Services,
                 Attn: Bankruptcy Dept.,   Po Box 81577,   Austin, TX 78708
12605924       +EDI: MID8.COM Oct 04 2019 07:03:00     Midland Credit Mgmt In,   8875 Aero Dr,
                 San Diego, CA 92123-2255
12605925       +E-mail/Text: nod.referrals@fedphe.com Oct 04 2019 03:06:43     PHELAN HALLINAN & SCHMIEG,
                 1617 JFK BLVD, STE 1400,   Philadelphia, PA 19103-1814
12605927        EDI: PRA.COM Oct 04 2019 07:03:00     Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541
12605929       +EDI: VERIZONCOMB.COM Oct 04 2019 07:03:00     Verizon,
                 Verizon Wireless Department/Attn: Bankru,   Po Box 3397,   Bloomington, IL 61702-3397
12605931        EDI: WFFC.COM Oct 04 2019 07:03:00     Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12605921        Bank Of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Joint Debtor Cyndi S. Floyd avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor George R. Floyd, Jr. avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com

```
District/off: 0313-2            User: YvetteWD              Page 2 of 2                  Date Rcvd: Oct 03, 2019
                                Form ID: 139                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        DAVE P. ADAMS   on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARIO J. HANYON   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  George R. Floyd, Jr. and Cyndi S. Floyd
3124 Marietta Avenue
Lancaster, PA 17601

Debtor(s)                                                          Case No: 11−18991−elf

                                                                   Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−1576
xxx−xx−1811

___

## *NOTICE OF NEED TO FILE PROOF OF CLAIM*
## *DUE TO RECOVERY OF ASSETS*

   *NOTICE IS GIVEN THAT:*

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

                                    *Date:* 1/4/20

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

   There is no fee for filing the proof of claim.
   *Any creditor who has filed a proof of claim already need not file another proof of claim.*

                              900 Market Street
                                 Suite 400
                            Philadelphia, PA 19107

                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court

**Date:** 10/3/19

                                                                    32
                                                              Form 139