IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **GEORGE R. FLOYD, JR.** | : | **BANKRUPTCY NO. 11-18991(ELF)** |
| and **CYNDI S. FLOYD** | : | |
| | : | |
| Debtors | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Karalis PC as Counsel, it is hereby

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with <u>In Re Busy Beaver Building Centers, Inc.</u>, 19 F. 3d 833 (3rd Cir. 1994).

Dated: 10/11/19

ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE