IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| GEORGE R. FLOYD, JR. | : | BANKRUPTCY NO. 11-18991(ELF) |
| and CYNDI S. FLOYD | : | |
| | : | |
| Debtors | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Application (the "Application") of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Paul LLP and Gibbs Law Group LLP as Special Co-Counsel (collectively, "Special Co-Counsel"), and good cause having been shown; it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. Special Co-Counsel are employed as special counsel.

3. Special Co-Counsel shall be entitled to be paid pursuant to the terms set forth in the Application and by the Trustee only after approval of an application in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

Dated: 12/9/19

_____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE