United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-18991-elf
George R. Floyd, Jr.                                                  Chapter 7
Cyndi S. Floyd
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Dec 09, 2019
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db/jdb         +George R. Floyd, Jr.,    Cyndi S. Floyd,    3124 Marietta Avenue,    Lancaster, PA 17601-1222
sp             +Gibbs Law Group LLP,    6701 Center Drive West,    14th floor,    Los Angeles, CA 90045-2481
sp             +Paul LLC,    601 Walnut Street,    Suite 300,    Kansas City, MO 64106-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor George R. Floyd, Jr. avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Cyndi S. Floyd avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| GEORGE R. FLOYD, JR. and CYNDI S. FLOYD | : | BANKRUPTCY NO. 11-18991(ELF) |
| | : | |
| Debtors | : | |

## ORDER

AND NOW, upon consideration of the Application (the "Application") of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Paul LLP and Gibbs Law Group LLP as Special Co-Counsel (collectively, "Special Co-Counsel"), and good cause having been shown; it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. Special Co-Counsel are employed as special counsel.

3. Special Co-Counsel shall be entitled to be paid pursuant to the terms set forth in the Application and by the Trustee only after approval of an application in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

Dated: 12/9/19

ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE